# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

**U.S.A. vs. Munadel M. Zeidan**                    **Docket No. 4:09-CR-101-1D**

## Petition for Action on Supervised Release

COMES NOW Dennis E. Albertson, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Munadel M. Zeidan, who, upon an earlier plea of guilty to Making Material False Statements in a Governmental Matter, in violation of 18 U.S.C. §1001(a)(2), was sentenced by the Honorable Claude M. Hilton, U.S. District Judge, for the Eastern District of Virginia, on July 17, 2009, to the custody of the Bureau of Prisons for a term of 3 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 24 months under the standard conditions adopted by the court and the following additional conditions:

1.    The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2.    The defendant shall serve a 3 month term of home confinement.

Based on the defendant's long term residence and employment ties to this area, jurisdiction was transferred to the Eastern District of North Carolina on October 29, 2009. Zeidan was released from custody and began the term of supervised release on November 10, 2009.

On December 21, 2009, supervision was modified by the court via waiver to include Zeidan's participation in the DROPS program.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

A random urine specimen obtained from the offender on August 24, 2011, tested positive for marijuana and same has been confirmed by the national laboratory. Zeidan denies that he used the substance; however, admits recently being in the presence of others who were using the substance. Accordingly, it is recommended supervision be modified to include 16 hours of community service. This sanction is being recommended in lieu of a two day DROPS placement as the BOP is presently incapable of making timely jail designations. This officer will also intensify urinalysis testing for the remainder of the offender's supervision period.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.    The defendant shall perform 16 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.


 /s/ Dennis E. Albertson
Dennis E. Albertson
Senior U.S. Probation Officer
413 Middle Street, Room 304
New Bern, NC 28560-4930
Phone: (252) 638-4944
Executed On: September 6, 2011


**ORDER OF COURT**

Considered and ordered this __7__ day of __September__, 2011, and ordered filed and made a part of the records in the above case.


James C. Dever III
U.S. District Judge